UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Scott S. Baughman, Individually, ) <br> and as the Personal Representative of ) <br> the Estate of Debbra Lynn Baughman, ) <br> Lindsey M. Baughman, and ) <br> A.B Baughman, a minor, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br> Hyundai Motor America, ) <br> Hyundai Motor Manufacturing ) <br> Alabama, LLC, and ) <br> Hyundai Motor Korea, ) <br>  ) <br> Defendants. ) <br> _____ ) | Civil Action No.: 3:11-cv-1719-JFA <br><br><br><br><br><br> **DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S 7.1 DISCLOSURES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, Defendant Hyundai Motor Manufacturing Alabama, LLC (HMMA) states as follows:

1. HMMA is a wholly owned subsidiary of Hyundai Motor America, Inc. ("HMA"), which is not publicly traded. HMA is a wholly owned subsidiary of Hyundai Motor Company (incorrectly identified as Hyundai Motor Korea) which is publicly traded in South Korea.

*(SIGNATURE PAGE TO FOLLOW)*

1

Bowman and Brooke LLP

By:   s/Courtney C. Shytle_____
      Joel H. Smith
      Federal Bar No. 3910
      Email: joel.smith@bowmanandbrooke.com
      Courtney C. Shytle
      Federal Bar No. 7148
      Email: courtney.shytle@bowmanandbrooke.com
      Angela G. Strickland
      Federal Bar No. 9824
      Email: angela.strickland@bowmanandbrooke.com
      1441 Main Street, Suite 1200
      Columbia, SC 29201
      Tel:803.726.7420

March 5, 2012