UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Scott S. Baughman, Individually, and as the Personal Representative of the Estate of Debbra Lynn Baughman, Lindsey M. Baughman, and A.B Baughman, a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, and Hyundai Motor Korea,<br><br>    Defendants. | Civil Action No.: 3:11-cv-1719-JFA<br><br>**DEFENDANT HYUNDAI MOTOR AMERICA'S RULE 7.1 DISCLOSURES** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, Defendant Hyundai Motor America (HMA) states as follows:

  1. HMA is a wholly owned subsidiary of Hyundai Motor Company (incorrectly identified as Hyundai Motor Korea), which is publicly traded in South Korea.

*(SIGNATURE PAGE TO FOLLOW)*

1

Bowman and Brooke LLP

By: s/Courtney C. Shytle
    Joel H. Smith
    Federal Bar No. 3910
    Email: joel.smith@bowmanandbrooke.com
    Courtney C. Shytle
    Federal Bar No. 7148
    Email: courtney.shytle@bowmanandbrooke.com
    Angela G. Strickland
    Federal Bar No. 9824
    Email: angela.strickland@bowmanandbrooke.com
    1441 Main Street
    Suite 1200
    Columbia, SC 29201
    (803) 726-7420

March 5, 2012