01/17/2013  10:48   8438525586                    DAVIS&DAVIS                           PAGE  02/03

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Scott S. Baughman, Individually, ) <br> and as the Personal Representative of ) <br> the Estate of Debbra Lynn Baughman, ) <br> Lindsey M. Baughman, and ) <br> A.B Baughman, a minor, ) <br>             ) <br>             Plaintiffs, ) <br>             ) <br>    v.        ) <br> Hyundai Motor America, Hyundai ) <br> Motor Manufacturing Alabama, LLC, ) <br>             ) <br>             Defendants. ) | Civil Action No.: 3:11-cv-1719-JFA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Comes now Plaintiffs, Scott S. Baughman, Individually, and as the Personal Representative of the Estate of Debbra Lynn Baughman, Lindsey M. Baughman, and A.B. Baughman, a minor, along with Defendants, Hyundai Motor America, Hyundai Motor Manufacturing Alabama, LLC, and file this Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED, pursuant to Rule 41, Federal Rules of Civil Procedure, that the above captioned case is dismissed in its entirety, with prejudice, precluding its refilling, in this jurisdiction or elsewhere, and forever ending any litigation, disputes, or attempts to obtain relief or damages of any form or nature for any and all matters where were alleged or could have been alleged in the Complaint as to the Hyundai Santa Fe involved in the automobile collision underlying this case. Each party shall bear its own costs, fees and expenses related to this litigation.

The Court may enter an order giving effect to this stipulation without further notice.

01/17/2013  10:48    8438525586                    DAVIS&DAVIS                              PAGE  03/03

BOWMAN AND BROOKE LLP

By: _____/s/ Joel H. Smith_____
Joel H. Smith
Federal Bar No. 3910
Email: joel.smith@bowmanandbrooke.com
Courtney C. Shytle
Federal Bar No. 7148
Email: courtney.shytle@bowmanandbrooke.com
Angela G. Strickland
Federal Bar No. 9824
Email: angela.strickland@bowmanandbrooke.com
1441 Main Street
Suite 1200
Columbia, SC 29201
(803) 726-7420


DAVIS & DAVIS, LLC

By: _____
Brian N. Davis
Email: davisanddavis@aol.com
Beth B. Davis
Email: bethybd@gmail.com
1723 Savannah Highway
Charleston, SC 29407
(843) 852-5585